Commonwealth *v.* James, Appellant.

Submitted April 17, 1972. Before JONES, C. J., EA-GEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

*Peter B. Scuderi,* for appellant.

*Milton M. Stein,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, November 30, 1972:

Judgment of sentence affirmed. *See, Commonwealth v. Ponton,* 450 Pa. 40, 299 A. 2d 634 (1972).

Mr. Justice O'BRIEN, Mr. Justice ROBERTS and Mr. Justice NIX dissent for the reasons stated in Mr. Justice O'BRIEN's dissenting opinion in *Commonwealth v. Ponton,* 450 Pa. 40, 299 A. 2d 634 (1972).